**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 12, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-01007-CV

**GEORGE MOLL AND ELLEN DIANA MOLL, Appellants**

**V.**

**THE TEXAS DEPARTMENT OF MOTOR VEHICLES, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1062929**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 30, 2015. On June 29, 2016, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.